Argued and submitted November 5, affirmed December 10, 2008, petition for review denied March 26, 2009 (346 Or 115)

## ASSOCIATION OF UNIT OWNERS OF RIVERBEND ON THE WILLAMETTE CONDOMINIUM, an Oregon non-profit corporation, *Plaintiff-Appellant,*

*v.*

## AMERICAN STATES INSURANCE COMPANY, an Indiana corporation; and Hartford Casualty Insurance Company, an Indiana corporation, *Defendants-Respondents.*

Clackamas County Circuit Court
CV06080220; A135987

197 P3d 624

Gregory W. Byrne argued the cause and filed the briefs for appellant.

Thomas M. Christ argued the cause for respondent American States Insurance Company. With him on the brief was Cosgrave Vergeer Kester LLP.

Pamela J. Stendahl argued the cause for respondent Hartford Casualty Insurance Company. With her on the brief were Richard A. Lee, and Bodyfelt Mount Stroup & Chamberlain, LLP.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

